AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

**ORIGINAL**

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 9 2004

at 3 o'clock and 30 min. P M
WALTER A. Y. H. CHINN, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **DONALD CURTIS LANDRY** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | |

Criminal Number: 1:01CR00032-001
USM Number: None

Loretta Faymonville, AFPD
Defendant's Attorney

**THE DEFENDANT:**

[✓] admitted guilt to violation of condition(s) <u>General Condition and Standard Condition No. 7, Special Condition No. 1, and Standard Condition No. 3</u> of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 5461

Defendant's Residence Address:

None

Defendant's Mailing Address:

None

April 2, 2004
Date of Imposition of Sentence

*(signature)*
Signature of Judicial Officer

**KEVIN S. C. CHANG**, United States Magistrate Judge
Name & Title of Judicial Officer

4-9-04
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:01CR00032-001
DEFENDANT: DONALD CURTIS LANDRY

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | submitted urine specimens that tested positive for cocaine and opiates | 1/12/2004, 2/2/2004, 2/6/2004 |
|   | submitted urine specimen that tested positive for opiates | 2/4/2004 |
| 3 | failed to participate in a substance abuse program | 1/28/2004, 2/10/2004 |
| 4 | failed to follow the instructions of the probation officer | 12/24/2003 through 12/31/2003, 1/2/2004, 1/7/2004, 1/8/2004, 1/16/2004, 1/26/2004 through 2/1/2004, 2/3/2004 |

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

CASE NUMBER: 1:01CR00032-001
DEFENDANT: DONALD CURTIS LANDRY

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of FIVE AND A HALF (5½) MONTHS.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal