AO 245D (Rev. 8/96) Sheet 1 - Judgment ... Criminal Case for Revocation

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 23 2004

at __4__ o'clock and ____ min. ____M
WALTER A. Y. H. CHINN, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**DONALD CURTIS LANDRY**
(Defendant's Name)

**AMENDED**
**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **1:01CR00032-001**
USM Number: **None**
**Loretta Faymonville, AFPD**
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) General Condition and Standard Condition No. 7, Special Condition No. 1, and Standard Condition No. 3 of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **5461**

Defendant's Residence Address:
**None**

Defendant's Mailing Address:
**None**

April 2, 2004
Date of Imposition of Sentence

_/s/_
Signature of Judicial Officer

**KEVIN S. C. CHANG**, United States Magistrate Judge
Name & Title of Judicial Officer

**APR 23 2004**
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

CASE NUMBER: 1:01CR00032-001
DEFENDANT: DONALD CURTIS LANDRY

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | submitted urine specimens that tested positive for cocaine and opiates | 1/12/2004, 2/2/2004, 2/6/2004 |
|   | submitted urine specimen that tested positive for opiates | 2/4/2004 |
| 3 | failed to participate in a substance abuse program | 1/28/2004, 2/10/2004 |
| 4 | failed to follow the instructions of the probation officer | 12/24/2003 through 12/31/2003, 1/2/2004, 1/7/2004, 1/8/2004, 1/16/2004, 1/26/2004 through 2/1/2004, 2/3/2004 |

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

AO 245B (Rev. 8/96) Sheet 2 - Imprisonm

| | |
|---|---|
| CASE NUMBER: | 1:01CR00032-001 |
| DEFENDANT: | DONALD CURTIS LANDRY |

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of FIVE MONTHS AND 15 DAYS .

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
   Deputy U.S. Marshal